AO 91 (Rev. 11/11) Criminal Complaint

FILED
February 02, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MG CIENEGA_____
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America )
v. )
) Case No.
)
) **DR:24-M-281**
)
DAVILA, Bryan Roy )
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 19, 2023 to February 2, 2024 in the county of Dimmit in the
Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C. § 841(a)(1) and (b)(1)(C) | Unlawful for any person knowingly or intentionally to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute or dispense, a controlled substance; 394.15 gross grams of Cocaine, a schedule II substance |

This criminal complaint is based on these facts:

See Attachment "A", hereby incorporated

☒ Continued on the attached sheet.

_____
*Complainant's signature*
Special Agent Stacia J. Lopez
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: _____

_____
*Judge's signature*
Joseph A. Cordova, USMJ
*Printed name and title*

City and state: Del Rio, Texas

Between the dates of December 19, 2023, and January 30, 2024, Special Agents (SAs) and Task Force Officers (TFOs) of the Drug Enforcement Administration (DEA) assigned to the Eagle Pass Resident Office (EPRO), along with Investigators with the Dimmit County Sheriff's Office (DCSO), conducted four controlled purchases of cocaine. These operations occurred with the assistance of a Dimmit County Confidential Source (CS). The CS conducted all controlled purchases of cocaine from Bryan Roy DAVILA at his residence, located at 405 W. Austin Ave., Carrizo Springs, Texas 78834 ("Target Property"), while physical and electronic surveillance was conducted by law enforcement.

During the transactions, the CS and DAVILA were monitored via electronic surveillance and recorded audio by agents. DCSO Investigators Cesar Martinez and Dustin Lopez searched the CS for any contraband and/or weapons prior to each operation with negative results. DEA agents and Dimmit County Sheriff's Office Investigators maintained surveillance on the CS from the time he/she arrived at the Target Property until the CS departed from DAVILA's residence and met with law enforcement. The controlled purchases resulted in the seizure of approximately 93.15 grams of cocaine in exchange for $2,950.00 in DCSO Official Advanced Funds. After each purchase, exhibits were weighed, processed, and submitted to the DEA South Central Laboratory for analysis. For exhibits 1 and 2, the DEA South Central Laboratory analysis returned a positive result for cocaine. For exhibit 3, a field test was conducted, showing positive results for cocaine. The exhibit was submitted to the DEA South Central Laboratory for further analysis. Each controlled purchase not only corroborated prior intelligence and investigation of DAVILA, but also that DAVILA is in fact a distributor of cocaine.

On January 31, 2024, a federal search and seizure warrant was obtained by Special Agent (SA) Stacia Lopez for the Western District of Texas. The Honorable Judge Joseph Cordova signed the warrant for the Target Property.

On February 1, 2024, at approximately 7:42 am, SAs and TFOs, with the assistance of DCSO, executed the warrant at the Target Property. DCSO marked patrol units staged in front of the Target Property with lights and sirens. SAs and TFOs announced police presence prior to entering the residence on the premises. SAs and TFOs entered the residence through the front door and secured the Target Property for officer safety. SAs and TFOs conducted a protective sweep, during which a single male was observed and identified as DAVILA. SAs and TFOs detained DAVILA while the sweep was completed. Prior to the search, DEA SA Stacia Lopez and TFO Daniel Fuentes asked DAVILA if there was anything inside the residence that they should be aware of prior to conducting the search, to which DAVILA admitted that he had a box in his closet with "his stuff," indicating the presence of narcotics. At approximately 8:08 a.m., a K-9 sniff/search was conducted of the premises by CBP K-9 handler Juan Martinez and his K-9 Partner "Puk", as witnessed by SA Lopez. The K-9 search was completed at 8:34 a.m. of the Target Property. The K-9 alerted to several areas of the Target Property

to include the master bedroom closet, outside the wooden shed, and a refrigerator located in the back yard.

After the premises was secured and deemed safe, DEA SAs and TFOs conducted a systematic search of Target Property. In the master bedroom closet, an orange Luis Vuitton Box was located on a shelf with eight (8) clear vacuum sealed pre-packaged bags, containing a white powdery substance and a box of sandwich bags. The white powdery substance was weighed by SAs and TFOs, totaling 301.00 gross grams. This packaging was consistent with distribution quantities and prior controlled purchases of cocaine from DAVILA. In addition, a vacuum sealer was in the kitchen above the fridge containing the same packaging. SAs and TFOs field tested the contents of the white powdery substance, which tested positive for cocaine. In the laundry room, SAs and TFOs located a loaded P95DC Ruger (S/N#31409483) w/ magazine and nine (9) 9mm rounds covered by pink pants on a small shelf near the washer. The handgun was in a black holster. After the completion of the search and seizure of evidence, DAVILA was subsequently taken into DEA custody and transported to the EPRO for interview.

SA Lopez advised DAVILA of his constitutional and statutory rights, as witnessed by TFO Joseph Mahurin, upon which DAVILA gave written and verbal consent to waive his right to an attorney and freely and voluntarily was willing to speak law enforcement. SA Lopez and TFO Mahurin proceeded to interview DAVILA. During questioning, DAVILA would not elaborate further without promises regarding court consideration for cooperation. Agents did not promise DAVILA anything and then terminated the interview.

Upon conclusion of the interview, DAVILA was transported to Del Rio GEO for processing, pending complaint and initial appearance.

_____   February 2, 2024
Stacia Lopez
Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence,

_____
United States Magistrate Judge
Western District of Texas